PROB 12C
(6/16)

Report Date: August 14, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles Willie Jackson, Jr. | Case Number: 0980 2:17CR00057-TOR-1 |
| Address of Offender: ████████████████ , Spokane, Washington 99208 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 14, 2018 | |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113 (a) | |
| Original Sentence: Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: June 7, 2023 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: June 6, 2026 |

### PETITIONING THE COURT

To issue a summons.

On June 16, 2023, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 13, by failing to follow the instructions of the probation officer on or about July 24, 2024.<br><br>On June 16, 2023, a probation officer reviewed the substance abuse testing instructions with the offender, which indicate he is not allowed to take any medications that are not prescribed to him. Further, he signed the document indicating he understood said instructions.<br><br>On August 7, 2024, Mr. Jackson reported to the U.S. Probation Office for a scheduled appointment. At that time, he disclosed to the probation officer that he ingested Trazodone on or about July 24, 2024, which was not prescribed to him. |
| 2 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Jackson, Jr., Charles Willie**
**August 14, 2024**
Page 2

      **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 29, 2024.

      On July 29, 2024, the offender submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine and amphetamine. At that time, he signed a denial form indicating he did not use said substances. The urine specimen was thereafter sent to the national laboratory and it was confirmed positive. It should be noted, the urine specimen was also dilute.

3      **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer.

      **Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by not being truthful with the probation officer on August 7, 2024.

      On August 7, 2024, the offender reported to the U.S. Probation Office for a scheduled appointment to address his recent positive drug test result. When questioned about his drug use, Mr. Jackson was adamant he had not ingested methamphetamine and amphetamine despite the urine specimen being confirmed positive for said substances by the national drug testing laboratory. As such, the offender was untruthful with the probation officer regarding his drug use.

4      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence:** The offender is alleged to have violated special condition number 4, by failing to report to PHS for urinalysis testing on August 12, 2024.

      The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on August 12, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on:    August 14, 2024

                              s/Lori Cross

                              Lori Cross
                              U.S. Probation Officer

Prob12C
**Re: Jackson, Jr., Charles Willie**
**August 14, 2024**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Thomas O. Rice
United States District Judge

August 14, 2024
_____
Date